**VISIONS EAST, INC., a Florida Corporation, John Stephen Morton, Plaintiffs–Appellants,**

v.

**FAGERDALA THIGER MARINE SYSTEMS, AB, a Swedish Corporation, Fagerdala World Foam, AB, a Swedish Corporation, Fagerdala USA, Inc.,**

* Honorable Kenneth L. Ryskamp, United States District Judge for the Southern District of Florida, sitting by designation.

**a Kentucky Corporation, Master Automation Group, OY, a Finnish Corporation, Tarmo Linna, Pierre Thiger, Defendants–Appellees.**

No. 05–15689

United States Court of Appeals, Eleventh Circuit.

Dec. 12, 2006.

Daniel N. Brodersen, Beusse, Brownlee, Wolter, Mora & Maire, P.A., Orlando, FL, for Plaintiffs–Appellants.

Lucinda A. Hofmann, Daniel B. Rogers, Shook, Hardy & Bacon L.L.P., Miami, FL, Leonard K. Samuels, Berger Singerman, Ft. Lauderdale, FL, Holiday Hunt Russell, The Law Offices of Holiday Hunt Russell, Chartered, Hollywood, FL, for Defendants–Appellees.

Before TJOFLAT, HULL and BOWMAN,* Circuit Judges.

PER CURIAM:

After review and oral argument, we conclude that the district court did not abuse its discretion in conducting the preliminary injunction hearing or in denying the motion for preliminary injunction.

**AFFIRMED.**

* Honorable Pasco M. Bowman II, United States Circuit Judge for the Eighth Circuit, sitting by designation.